IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. TURNER,

      Plaintiff,                   No. CIV S-08-1708 WBS KJM P

     vs.

MOHAMMED, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

/

      By an order filed August 8, 2008, plaintiff was ordered to file a complete in forma pauperis application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a completed in forma pauperis application.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

1 | Recommendations." Petitioner is advised that failure to file objections within the specified time
2 | may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
3 | Cir. 1991).
4 | DATED: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

2