IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

L. TURNER,

        Plaintiff,                   No. CIV S-08-1708 WBS KJM P

    vs.

MOHAMMED, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 17, 2008, this court recommended that the action be dismissed for plaintiff's failure to submit a completed application to proceed in forma pauperis. Plaintiff has filed objections to this recommendation, noting that he has been transferred and should now be able to obtain the necessary documentation.

        IT IS THEREFORE ORDERED that:

        1. The findings and recommendations filed November 17, 2008 are vacated;

        2. Plaintiff is given an additional thirty days from the date of this order to file a completed application to proceed in forma pauperis and certified copy of his trust account statement for the preceding six months; and

/////

1

3. The Clerk of the Court is directed to send plaintiff the application to proceed in forma pauperis used in prisoner cases.

DATED: December 8, 2008.

_____
U.S. MAGISTRATE JUDGE

2

turn1708.vf&r

2