IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONARD TURNER,** | No. 2:08-cv-1708 WBS-KJM P |
| Plaintiff, | **ORDER GRANTING THIRTY-DAY EXTENSION FOR DEFENDANT TO FILE RESPONSE TO THE COMPLAINT** |
| v. | |
| **MOHAMMED, et al.,** | |
| Defendants. | |

Good cause appearing, the application of Defendant Garcia for a thirty-day extension to file his response to the Complaint (Docket No. 20) is granted.

Defendant shall file his responsive pleading on or before May 27, 2009.

Dated: April 29, 2009.

_____
U.S. MAGISTRATE JUDGE

1

[Proposed] Order Granting 30-Day Extension for Defendant to File Response to Complaint
(2:08-cv-1708 WBS-KJM)