IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD TURNER,

        Plaintiff,                    No. CIV S-08-1708 WBS KJM P

    vs.

MOHAMMED, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed an amended complaint. Once an answer has been filed, a party may amend a pleading only by leave of court or by written consent of the adverse party. See Fed. R. Civ. P. 15(a). An answer was filed on May 27, 2009. Plaintiff has filed neither a motion to amend nor a stipulation to amend the complaint signed by all parties. Plaintiff's amended complaint will therefore be stricken, and this action will proceed on the complaint filed July 24, 2008.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 22, 2009 amended complaint (docket no. 29) is stricken.

DATED: August 25, 2009.

_____
U.S. MAGISTRATE JUDGE

2/turn1708.10c

1