1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEONARD TURNER,

11            Plaintiff,                         No. CIV S-08-1708 WBS KJM P

12        vs.

13   MOHAMMED, et al.,

14            Defendants.                        ORDER

15   _____/

16            Defendants have filed a motion to strike plaintiff's amended complaint, filed on

17   July 22, 2009.  On August 26, 2009, the court entered an order striking the complaint, <u>sua</u>

18   <u>sponte</u>.

19            IT IS THEREFORE ORDERED that defendants' motion to strike (docket no. 30)

20   is denied as moot.

21   DATED: September 10, 2009.

22                                              _____

23   2                                          U.S. MAGISTRATE JUDGE

24   turn1708.strk

25

26

1