IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L. TURNER,** | No. 2:08-cv-1708 WBS-KJM |
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| v. | |
| **SERGEANT MOHAMMED,** | |
| Defendants. | |

Good cause appearing, Defendant's motion to modify the Scheduling Order of June 8, 2009 (docket no. 37), is granted.

Dispositive motions shall be filed on or before February 16, 2010.

DATED: December 16, 2009.

_____
U.S. MAGISTRATE JUDGE

1